v.

**BALL METAL BEVERAGE CONTAINER CORPORATION, Defendant–Appellee.**

No. 2012–1258.

United States Court of Appeals, Federal Circuit.

Dec. 5, 2012.

**In re VEGAS AMUSEMENT, INC.**

No. 2012–1279.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2012.

Michael E. Dergosits, Dergosits & Noah, LLP, of San Francisco, California, argued for the appellant. With him on the brief was Igor Shoiket.

Farheena Y. Rasheed, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexan-

dria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Lynne E. Pettigrew, Associate Solicitor.

DYK, CLEVENGER, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**